UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

DEANDRE JEROME BARNES,

Petitioner,

v.

STATE OF MINNESOTA and
MICHAEL HATCH,

Respondents.

Civil No. 01-2025 (MJD/JGL)

**ORDER**

It has come to the Court's attention that the Report and Recommendation ("R&R") entered in this matter on November 9, 2001, has not been filed or docketed, and that a copy of it may not have been sent to Petitioner. The Clerk will therefore be directed to file a copy of that R&R in lieu of the original R&R. A copy of the R&R will be provided by the Court for that purpose. In addition, the Clerk will be directed to send a copy of the R&R to Petitioner, along with his copy of this Order.

The Court's R&R in this matter indicates that Petitioner must file any objections to the R&R by no later than November 29, 2001. That deadline will be extended. Petitioner will now be required to file any objections to the R&R by no later than January 3, 2002.

Based on the foregoing, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED that**:

1. The Clerk shall file a copy of the Report and Recommendation dated November 9, 2001, which has been provided by the Court, in lieu of the original Report and Recommendation;

2. The Clerk shall immediately send Petitioner a copy of the Report and Recommendation dated November 9, 2001, together with his copy of this order; and

DEC 1 1 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

3. If Petitioner has any objections to the Report and Recommendation dated November 9, 2001, he shall file such objections by no later than January 3, 2002.

Dated: December 10, 2001

JONATHAN LEBEDOFF
United States Magistrate Judge