# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Deandre Jerome Barnes

Plaintiff

v.

State of Minnesota and
Michael Hatch

Defendants

Case No. Civil 01-2025 MJD/JGL

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Petitioner's motion for the appointment of counsel is denied. Petitioner's application for writ of habeas corpus is dismissed with prejudice.

DATE: January 14, 2002

RICHARD D. SLETTEN, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk

6