UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Deandre Jerome Barnes,
Plaintiff,

Civ. File No. 01-2025 (MJD/JGL)

v.

**ORDER**

State of Minnesota and
Michael Hatch,
Defendants.

---

This matter is before the Court on Petitioner's "Motion of Explanation of Unique and Extraordinary Circumstances That Constitutes Excusable Neglect For The Delay In Filing An Objection To The Report And Recommendation Order," filed on his behalf by his Uncle Alvin Abdullah Mustafa, who sought "power of attorney" in the matter. Mustafa seeks to object to Magistrate Judge Jonathon Lebedoff's Report and Recommendation (R&R) of November 9, 2001. Objections to that R&R were due by no later than January 3, 2002. (See Clerk Doc. No. 4). Because no objections were timely filed, this Court adopted the R&R on January 14, 2002. (See Clerk Doc. No. 5).

Much of Mustafa's memorandum discusses why Petitioner failed to exhaust his state remedies, not why he failed to timely file Objections to the R&R. Mustafa does indicate that he failed to timely file Objections because he received a copy of the R&R on January 10, 2001, "way after the dead line," as it had to be forwarded to him from his sister's address. However, it is Petitioner's responsibility to notify the Clerk's Office of the address or addresses where Court Orders and Reports and Recommendations are to be sent.

FILED APR 19 '02 
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Accordingly, the Court cannot conclude that Mustafa's reasons are an appropriate basis to support the present motion.

Based on the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Petitioner's Motion (Clerk Doc. No. 9) is **DENIED**.

Dated: April 18, 2002

Michael J. Davis
United States District Court Judge